**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
VADIM YUZHAKOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-mj-00052-MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| vs. | |
| VADIM YUZHAKOV, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

    The Defendant VADIM YUZHAKOV, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

    The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

    Mr. Yuzhakov requests a telephonic initial appearance and a waiver of personal appearance at all status conferences. He is a project manager of mechanical and systems engineering. He is in the middle of a large project with hard deadlines approaching. Taking time away from work near the time of his initial appearance court date would be devastating at this particular time. Mr. Yuzhakov has no criminal history. He adamantly contests the allegations.

Dated: July 29, 2013    By: /s/ Vadim Yuzhakov
    VADIM YUZHAKOV

Dated: July 30, 2013    By: /s/ Carol Ann Moses
    CAROL ANN MOSES
    Attorney for Defendant,
    VADIM YUZHAKOV

**ORDER**

Good cause appearing, Defendant's request is granted.

IT IS SO ORDERED.

Dated: July 31, 2013    /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE