Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VADIM YUZHAKOV,<br><br>　　　　　　Defendant. | No.  6:13-MJ-0052-MJS<br><br>STIPULATION TO CONTIUE STATUS CONFERENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Vadim Yuzhakov, by and through his attorney of record, Carol Ann Moses, that the Status Conference in the above-captioned matter set for September 17, 2013 shall be continued to October 22, 2013 at 10:00 a.m.  The government officer handling the matter has an unavoidable conflict on the current date.

Dated:  September 11, 2013　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　Yosemite National Park


Dated:  September11, 2013　　　　　　 /S/ Carol A. Moses　 _____
　　　　　　　　　　　　　　　　　　　　Carol A. Moses
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Kenneth Hayes

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the September 17, 2013, Status Conference for Vadim Yuzhakov, case number 6:13-MJ-0052-MJS, is hereby continued to October 22, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 12, 2013          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE