Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>VADIM YUZHAKOV,<br><br>           Defendant. | No.  6:13-MJ-0052-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |

  IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Vadim Yuzhakov, by and through his attorney of record, Carol Ann Moses, that the trial date in the above-captioned matter set for June 5, 2014 shall be vacated, and the matter be set for Plea and Sentence on June 5, 2013 at 10:00 a.m.  The parties of reached a settlement agreement, and an executed Change of Plea is lodged with the Court separately.

Dated:  June 2, 2014       /S/ Susan St. Vincent_____
                 Susan St. Vincent
                 Legal Officer
                 Yosemite National Park

Dated:  June 2, 2014        /S/ Carol Moses_____
                 Carol A. Moses
                 Attorney for Defendant
                 Vadim Yuzhakov

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 5, 2014, Trial for *U.S. v. Yuzhakov*, docket number 6:13-MJ-0052-MJS, is hereby vacated and the matter is set for a Change of Plea on June 5, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 2, 2014                         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE